# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

ROBERT O. YONTS,            )
                          )
        Plaintiff,         )
                          )
v.                      )     No. 3:02-CV-189
                          )     (Phillips/Shirley)
CONTINENTAL CASUALTY   )
COMPANY,                 )
                          )
        Defendant.       )

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 32] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Plaintiff's Motion for Award of Attorney Fees and Costs [Doc. 29].

The plaintiff has moved to withdraw his motion for attorney fees and costs. [Doc. 36]. For good cause shown, Plaintiff's Motion to Withdraw Claim for Attorney Fees and Expenses [Doc. 36] is **GRANTED**. Plaintiff's Motion for Award of Attorney Fees and Costs [Doc. 29] is deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

**ENTER:**

                          ____s/ C. Clifford Shirley, Jr.____
                          United States Magistrate Judge

2